# United States Court of Appeals for the Fifth Circuit

No. 20-40597

United States of America,

*Plaintiff—Appellee/Cross-Appellant*,

*versus*

Alexandru Bittner,

*Defendant—Appellant/Cross-Appellee*.

United States Court of Appeals
Fifth Circuit
**FILED**
April 28, 2023
Lyle W. Cayce
Clerk

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:19-CV-415

ON REMAND FROM
THE SUPREME COURT OF THE UNITED STATES

Before Richman, *Chief Judge*, and Clement and Duncan, *Circuit Judges*.

Per Curiam:[*]

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 20-40597

The case is REMANDED to the district court for further proceedings in light of the Supreme Court's decision in *Bittner v. United States*, 143 S. Ct. 713 (2023).